1 | MCGREGOR W. SCOTT
United States Attorney
2 | GARY M. LEUIS
Special Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-PO-00134-SAB |
|---|---|
| Plaintiff, | MOTION AND ORDER TO CONTINUE SUPRESSION HEARING TO APRIL 11, 2019 AT 10:00 A.M. |
| v. | |
| ROSEMARY DOMINGUEZ, | COURT: Hon. Stanley A. Boone |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, McGregor W. Scott, United States Attorney and Gary M. Leuis, Special Assistant U.S. Attorney, hereby moves as follows:

1. This matter was set for a suppression hearing on February 21, 2019.

2. The case agent, Van Roberts, is presently enrolled in the United States Marshals Service Basic Training Academy at the Federal Law Enforcement Training Center, in Glynco, Georgia, and is unable to attend on February 21st.

3. Mr. Roberts is without access to a computer but has provided an e-mailed statement of his current situation, attached hereto as Exhibit A.

4. The government now moves to continue the suppression hearing until April 11, 2019 at 10:00 a.m.

5. The defendant opposes this request.

//

1

| | | |
|---|---|---|
| Dated: February 14, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ *GARY M. LEUIS*<br>GARY M. LEUIS<br>Special Assistant U.S. Attorney |

**ORDER**

For good cause appearing, this Court continues the suppression hearing scheduled for February 21, 2019 to April 11, 2019 at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **February 14, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**
**Ranger Larry Robert's Statement**
**U.S. v. Rosemary Dominguez - 1:18-po-00134-SAB**
**Government's Motion to Continue Suppression Hearing**

**Leuis, Gary (USACAE)**

**From:** Van Roberts <0roberts.lv@gmail.com>
**Sent:** Wednesday, February 13, 2019 4:25 PM
**To:** Leuis, Gary (USACAE)
**Subject:** Re: Statement

Hi Gary,

I will be at FLETC for US Marshals academy training until April 4, 2019. I am not able to miss portions of the training except for emergencies so I will not be able to testify at the suppression hearing.

Let me know if you need anything else.

Thank you.

Van Roberts