| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Rosemary Dominguez |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00134-SAB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO SUPPRESS |
| vs. | DATE: May 2, 2019 |
| ROSEMARY DOMINGUEZ, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that defendant's motion to suppress in the above-captioned matter now set for April 11, 2019, may be continued to May 2, 2019, at 10:00 a.m. for further motions hearing.

Original counsel for the defendant, Hope Alley, who filed the motion on Ms. Dominguez's behalf, is no longer with the federal defender's office. Subsequent counsel for Ms. Dominguez believes there is a need for some additional investigation to be completed prior to argument on the motion. The government has no objection to the defense's requested date.

As this is a Class B misdemeanor, no exclusion of time is necessary under the Speedy Trial Act.

///

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: April 5, 2019  */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: April 5, 2019  */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
Rosemary Dominguez

# **O R D E R**

This matter is continued from April 11, 2019 to May 2, 2019 at 10:00 am. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **April 8, 2019**

UNITED STATES MAGISTRATE JUDGE