| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Rosemary Dominguez |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-po-00134-SAB |
| Plaintiff, | STIPULATION AND ORDER TO SCHEDULE STATUS CONFERENCE AND VACATE BRIEFING SCHEDULE |
| vs. | |
| ROSEMARY DOMINGUEZ, | DATE:  June 6, 2019 |
| Defendant. | TIME:    10:00 a.m. |
| | JUDGE:  Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for June 27, 2019, for further hearing on Defendant's motion to suppress, as well as the current briefing schedule, be vacated.  Instead, the parties request this matter be calendared for a status conference on June 6, 2019 at 10:00 a.m. for a change of plea as the parties have a reached a resolution on the case.

As this is a Class B misdemeanor violation, no exclusion of time is necessary under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

| | | | |
|---|---|---|---|
| 1 | | | Respectfully submitted, |
| 2 | | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | | |
| 4 | DATED: May 23, 2019 | By: | /s/ *Vincente Tennerelli*<br>VINCENTE TENNERELLI<br>Assistant United States Attorney<br>Attorney for Plaintiff |

DATED: May 23, 2019        By:    /s/ *Vincente Tennerelli*
                                  VINCENTE TENNERELLI
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: May 23, 2019        By:    /s/ *Charles J. Lee*
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  Rosemary Dominguez

# **O R D E R**

IT IS SO ORDERED that the status conference in the above-entitled case shall be calendared for June 6, 2019 at 10:00 a.m. All other court dates and the briefing schedule shall be vacated.

IT IS SO ORDERED.

Dated:   **May 23, 2019**

_____
UNITED STATES MAGISTRATE JUDGE