# IN THE UNITED STATES DISTRICT COURT
## For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>ROSEMARY DOMINGUEZ,<br><br>　　　　　　　Defendant. | Case No. 1:18-po-00134-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possess of Controlled Substance Marijuana, in violation of 36 C.F.R. Section 2.35(b)(2) |
| **Sentence Date:** | June 6, 2019 |
| **Review Hearing Date:** | April 16, 2020 |
| **Probation Expires On:** | June 5, 2020 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　**Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number; and notify the Court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

☒　**Monetary Fines & Penalties in Total Amount of:** $290 which Total Amount is made up of a Fine: $ 250  Processing Fee: $30  Special Assessment: $10.

☒　Payment schedule of $50.00 per month by the 15th of each month, commencing on July 15, 2019, until paid in full.

☐　Community Service hours Imposed of:

☐　Other Conditions:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☒ To date, Defendant has paid a total of $ 300.00*
*The U.S. Department of the Treasury imposed an additional monetary penalty on Ms. Dominguez for late payment. She currently owes an additional $158.25.

☐ If not paid in full when was last time payment:    Date:
                                                     Amount:

☐ To date, Defendant has performed ___ hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED:  April 13, 2020           */s/ Jeffrey Spivak*
                                 JEFFREY SPIVAK
                                 Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/16/2020 at 10:00 a.m.

   ☒ be continued to 6/25/2020 at 10:00 a.m.; or

   ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: April 13, 2020            */s/ Matthew Lemke*
                                 MATTHEW LEMKE
                                 Assistant Federal Defender
                                 Attorney for Defendant

**ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED in part. The Court orders that hearing scheduled for April 16, 2020, be continued to May 21, 2020 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated: __April 14, 2020__

*[signature]*

UNITED STATES MAGISTRATE JUDGE