# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ROSEMARY DOMINGUEZ,<br><br>    Defendant. | Case No. 1:18-po-00134-SAB<br><br>**DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on

unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possess of Controlled Substance Marijuana, in violation of 36 C.F.R. Section 2.35(b)(2) |
| **Sentence Date:** | June 6, 2019 |
| **Review Hearing Date:** | May 21, 2020 |
| **Probation Expires On:** | June 5, 2020 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number; and notify the Court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

☒ **Monetary Fines & Penalties in Total Amount of:** $290 which Total Amount is made up of a Fine: $ 250  Processing Fee: $30  Special Assessment: $10.

☒ Payment schedule of $50.00 per month by the 15th of each month, commencing on July 15, 2019, until paid in full.

☐ Community Service hours Imposed of:

☐ Other Conditions:

☐    Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense):

☒    To date, Defendant has paid $ 458.25
This Court imposed a monetary penalty totaling $290.00, however, additional fees were subsequently imposed on Ms. Dominguez for her late payment of that financial obligation.  However, upon information and belief, Ms. Dominguez's entire debt related to this case is paid in full as of the time of this filing.

    ☐ If not paid in full when was last time payment:      Date:
                                Amount:

☐    To date, Defendant has performed     hours of community service.

☐    Compliance with Other Conditions of Probation:

### _GOVERNMENT POSITION:_

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

DATED:  May 20, 2020                _/s/ Jeffrey Spivak_
                                        JEFFREY SPIVAK
                                        Assistant United States Attorney

### _DEFENDANT'S REQUEST (OPTIONAL):_

In light of the information detailed in this status report, the defendant moves for the following:

☐    that the review hearing set for 5/21/2020 at 10:00 a.m.

    ☐    be continued to 6/25/2020 at 10:00 a.m.; or

    ☒    be vacated.

☐    that Defendant's  appearance for the review hearing be waived.

DATED: May 20, 2020                _/s/ Matthew Lemke_
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant

ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒        GRANTED.  The Court orders that the hearing set for May 21, 2020 is vacated.

☐        DENIED.


IT IS SO ORDERED.

Dated:    **May 21, 2020**

_____
UNITED STATES MAGISTRATE JUDGE